JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

PEDRO GARCIA-SANCHEZ,
Petitioner,
v.
B. BIRKHOLZ, Warden,
Respondent.

No. 2:26-cv-07644-SB (JDE)

JUDGMENT

Consistent with the Court's Order Denying Petition for a Writ of Habeas Corpus, judgment is entered denying the petition for a writ of habeas corpus and dismissing this action with prejudice.

Dated: November 20, 2026

STANLEY BLUMENFELD, JR
United States District Judge